**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward D. Gourn Jr.                                     CHAPTER 13
       Lauren B. Gourn
               Debtor(s)                              BKY. NO. 25-20690 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,


/s/ Denise Carlon
Denise Carlon
27 Mar 2025, 13:55:36, EDT

Denise Carlon, Esq. (317226)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com