File No.:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Case No. 25-20690 CMB |
| Edward D. Gourn, Jr. and Lauren B. Gourn, | : Chapter 13 |
| | : Document No. |
| Debtors, | : |
| Edward D. Gourn, Jr. and Lauren B. Gourn, | : |
| Movants, | : |
| vs. | : |
| All Creditors on the Mailing Matrix and Ronda J. Winnecour, Chapter 13 Trustee, | : |
| Defendants/Respondents. | |

CERTIFICATION OF NO OBJECTION TO MOTION
TO CONTINUE AUTOMATIC STAY REGARDING THE HEARING ON APRIL 15, 2025

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Continue the Automatic Stay filed on March 21, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Continue the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Continue the Automatic Stay were to be filed and served no later than April 7, 2025.

It is hereby requested that the Order attached to the Motion to Continue the Automatic Stay be entered by the Court.

Dated: April 8, 2025

CALAIARO VALENCIK, P.C.

By   /s/ Daniel R. White
   Daniel R. White
   PA I.D. No. 78718
   8 Nickman Plaza
   Lemont Furnace, PA 15456
   Office: 724-719-9388
   Email: dwhite@c-vlaw.com
   Attorneys for Debtors