File No. 9837-003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Edward D. Gourn, Jr. and Lauren B. Gourn, | : | Case No.  25-20690 CMB |
| Debtors. | : | |

### AFFIDAVIT OF INCOME

Edward D. Gourn, Jr., Debtor in the within bankruptcy, states that he is employed as a Fork Truck Operator by Crown Cork & Seal. From January 1, 2025, through the present, he has earned $17,246.00. He also operates a Ed Gorun's Lawn Care Business and has grossed $5,163.00 to date. He has no income from any other source.

Lauren B. Gourn, Co-Debtor, states that she is employed as a X-Ray Technician by UPMC Go Health. From January 1, 2025, through the present, she has earned $13,123.00. She has no income from any other source.

Proof of Debtors' income is attached.

We verify that the statements made in this affidavit are true and correct to the best of our personal knowledge or information and belief. We understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

_____
Edward D. Gourn, Jr., Debtor

_____
Lauren B. Gourn, Co-Debtor