IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.   25-20690 CMB |
| | : | |
| Edward D. Gourn, Jr. and Lauren B. Gourn, | : | Chapter 13 |
| | : | |
| | : | Related To Claim No. 9 |
| Debtors, | : | |
| | : | Document No. ___ |
| Edward D. Gourn, Jr. and Lauren B. Gourn, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Clearview Federal Credit Union and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondent. | | |

## CERTIFICATION OF NO OBJECTION
## TO OBJECTION TO ALLOWANCE OF CLAIM NO. 9

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Allowance of Claim filed on June 19, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Allowance of Claim appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than July 7, 2025

    It is hereby respectfully requested that the Order attached to the Objection to Allowance of Claim be entered by the Court.

Dated: July 8, 2025                                    CALAIARO VALENCIK, P.C.

                                                                     By   /s/ Daniel R. White
                                                                             Daniel R. White
                                                                             PA I.D. No. 78718
                                                                             8 Nickman Plaza
                                                                             Lemont Furnace, PA 15456
                                                                             Office: 724-719-9388
                                                                             Email: dwhite@c-vlaw.com
                                                                             Attorney for Debtors