## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Edward D. Gourn, Jr. & Lauren B. Gourn,

Debtors.

PENNYMAC LOAN SERVICES, LLC,

Movant,

vs.

Edward D. Gourn, Jr. & Lauren B. Gourn,

Respondents.

NO. 25-20690 CMB

Chapter 13

Related to:  Document Nos. 49 and 56

## ORDER

Upon consideration of the Motion filed by PENNYMAC LOAN SERVICES, LLC  it is

**Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for February 11,

2026 at 11:30 a.m. is hereby continued for 30 days to__March 11, 2026 at 1:30 p.m.____.


By the Court,


Carlota M. Böhm                    glb
United States Bankruptcy Judge


SIGNED
2/6/26 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 25-20690-CMB

Edward D. Gourn, Jr.                                                            Chapter 13

Lauren B. Gourn

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                   Page 1 of 2

Date Rcvd: Feb 06, 2026                       Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

**Recip ID                   Recipient Name and Address**
db/jdb                   +  Edward D. Gourn, Jr., Lauren B. Gourn, 2015 Baldridge Avenue, Connellsville, PA 15425-5232

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Daniel R. White
                          on behalf of Joint Debtor Lauren B. Gourn r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

Daniel R. White
                          on behalf of Debtor Edward D. Gourn  Jr. r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

Denise Carlon
                          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

District/off: 0315-2                          User: auto                          Page 2 of 2
Date Rcvd: Feb 06, 2026                       Form ID: pdf900                      Total Noticed: 1
TOTAL: 5