## PROCEEDING MEMO

**Date: 03/11/2026 1:30 PM**

**In re:** **Edward D. Gourn, Jr.**
**Lauren B. Gourn**

**Bankruptcy No. 25-20690-CMB**
**Chapter: 13**
**Doc. # 49**

**Appearances: Denise Carlon**
**Daniel White**
**Ronda Winnecour**

**Nature of Proceeding: #49 Continued Hearing Re: Motion For Relief From The Automatic Stay**

**Additional Pleadings: #54 Exhibits to #49**
**#55 Response filed by Debtors**

- Per Trustee, Debtor is almost $20,000 behind.
- Per Attorney Carlon, previous case fell behind in payments. Not many payments in this case. No modified plan filed.
- Attorney White advises that Debtor is trying to work out issues, and there is still time to move forward with a feasible plan. Debtor Husband had health issues, but he believes he will be able to get back to work.
- Concern is that Debtors have been given time here and doesn't appar to be equity. Will be given one month, but that's it. Will consider in rem relief if no feasible plan. Expect plan to be filed in a week.
OUTCOME: Matter continued to 4/15/26 at 10:30am

**Carlota Böhm**
**U.S. Bankruptcy Judge**

SIGNED
3/12/26 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 25-20690-CMB

Edward D. Gourn, Jr.                                                                        Chapter 13

Lauren B. Gourn
     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 12, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edward D. Gourn, Jr., Lauren B. Gourn, 2015 Baldridge Avenue, Connellsville, PA 15425-5232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Joint Debtor Lauren B. Gourn r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | on behalf of Debtor Edward D. Gourn  Jr. r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                    User: auto                    Page 2 of 2

Date Rcvd: Mar 12, 2026                 Form ID: pdf900               Total Noticed: 1

TOTAL: 5