## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lauren B. Gourn<br>        Edward D. Gourn Jr.<br><br>                              Debtor(s)<br>_____<br>PENNYMAC LOAN SERVICES, LLC, its successors<br>and/or assigns<br>                              Movant<br>                    v.<br>Lauren B. Gourn<br>Edward D. Gourn Jr.<br>                              Respondent<br>                         and<br>Ronda J. Winnecour, Trustee<br>                    Additional Respondent | CHAPTER 13<br><br><br><br>NO. 25-20690 CMB<br><br><br><br>Related to:  Document Nos. 49 and 69 |

### ORDER OF COURT

And on this __30th__ day of _____March_____, 2026, it is hereby ORDERED that the Motion for Relief From Stay, which was filed with the Court on or about January 13, 2026, as Doc No. 49, is hereby WITHDRAWN.

By the Court,

*Carlota M. Böhm*

Carlota M. Böhm                    **glb**
United States Bankruptcy Judge

SIGNED
3/30/26 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 25-20690-CMB

Edward D. Gourn, Jr.                                                        Chapter 13

Lauren B. Gourn

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

**Recip ID                           Recipient Name and Address**
db/jdb                         + Edward D. Gourn, Jr., Lauren B. Gourn, 2015 Baldridge Avenue, Connellsville, PA 15425-5232

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Joint Debtor Lauren B. Gourn r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | on behalf of Debtor Edward D. Gourn  Jr. r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mccallaecf@ecf.courtdrive.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2            User: auto            Page 2 of 2

Date Rcvd: Mar 30, 2026            Form ID: pdf900            Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6