# PROCEEDING MEMO

**Date:  07/09/2026 11:30 AM**

**In re:    Edward D. Gourn, Jr.**
**Lauren B. Gourn**

**Bankruptcy No.  25-20690-CMB**
**Chapter:  13**
**Doc. #  74**

**Appearances:  Daniel White**
**James Warmbrodt**

**Nature of Proceeding:  #63 Contested Plan Hearing Re: Amended Chapter 13 Plan Dated 03/13/2026**

**Additional Pleadings:  #75 Objection filed by the Chapter 13 Trustee**

Per Atty. Warmbrodt, there are problems with the amended Plan. Debtor's payments are in arrears through July totalling almost $25,000. The amended Plan proposed to surrender a vehicle and then use a new vehicle financed by the Debtor's mother. The financing was not approved by the Court. The Debtor is paying on a recreational vehicle. The amended Plan proposes to reduce the unsecured creditor pool from $20,000 to $15,000. There has not been any court order with the trial loan modification. He is good with it going back to conciliation.

Per Atty. White, the existing vehicle is having major mechanical issues. $8,000 is needed to fix the vehicle. New vehicle payment is less than the current vehicle payment including the fees needed to repair it. Debtor husband is having significant medical issues which has caused him to be unable to work. The medical issues are being resolved. His mother is prepared to make payments on the vehicle if he is unable to make payments. Atty. White unintentionally reduced the unsecured creditor pool. He is prepared to have the Plan confirmed with the pool being $20,000. The Debtors are in the third month of a three month trial loan modification for the mortgage. If the Debtors proceed with the mortgage modification, they will be paying less on the mortgage. The trial modification was discussed at the last conciliation.

OUTCOME: Hearing is continued to conciliation on August 6, 2026 at 2:00PM.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

SIGNED
7/9/26 2:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20690-CMB |
| Edward D. Gourn, Jr. | Chapter 13 |
| Lauren B. Gourn | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Jul 09, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

**Recip ID               Recipient Name and Address**
db/jdb             + Edward D. Gourn, Jr., Lauren B. Gourn, 2015 Baldridge Avenue, Connellsville, PA 15425-5232

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | |
| | on behalf of Joint Debtor Lauren B. Gourn r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | |
| | on behalf of Debtor Edward D. Gourn  Jr. r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Matthew Fissel | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 5