**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lauren B. Gourn<br>Edward D. Gourn Jr.<br>Debtor(s) | BK. NO. 25-20690 JCM |
| PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>Movant<br>v.<br>Lauren B. Gourn<br>Edward D. Gourn Jr.<br>Respondents<br>and<br>Ronda J. Winnecour, Trustee<br>Additional Respondent | CHAPTER 13<br><br>MOTION NO.<br>FILED UNDER LOCAL BANKRUPTCY RULE 9013.4 SECTION 6(a) |

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON AMENDED MOTION OF PENNYMAC LOAN SERVICES, LLC, ITS SUCCESSORS AND/OR ASSIGNS**
**FOR RELIEF FROM THE AUTOMATIC STAY**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **August 31, 2026** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at https://www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **September 8, 2026,** at 1:30 pm. before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Mailing or other service: August 12, 2026

/s/ Matthew Fissel
Matthew Fissel, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant