IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 25-20690 CMB |
| | : | |
| Edward D. Gourn, Jr. and Lauren B. Gourn, | : | Chapter 13 |
| | : | |
| | : | Document No. |
| Debtors, | : | |
| | : | Related to Document No. |
| PennyMac Loan Services, LLC, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Edward D. Gourn, Jr. and Lauren B. Gourn, | : | |
| Respondents. | | |

**DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Debtors, Edward D. Gourn, Jr. and Lauren B. Gourn, by their attorneys Calaiaro Valencik, P.C., and Daniel R. White, Esquire respond to the Motion for Relief from the Automatic Stay as follows:

1-3, 9-11 Admitted.

4-8, 12-14. Denied. Debtors demand strict proof of the averments of paragraphs 4-8 and 12-14.

**DEBTORS' DEFENSES**

1. Debtors have a confirmed Chapter 13 plan dated April 11, 2025 which pays Movant its regular monthly payment and cures prepetition arrears.
2. Debtors are behind with their Chapter 13 plan payments due to Debtor-Husband missing significant time at work over the past 6 months due to health issues. Debtor-Husband is taking a new medication and is again working consistently.
3. Debtors made a full plan payment plus in August, 2026 through TFS Bill Pay and will continue to make full payments going forward.
4. Debtors have discussed modification with Movant and Movant has agreed to a

trial modification plan with trial payments to begin shortly.

WHEREFORE, The Debtors, Edward D. Gourn, Jr. and Lauren B. Gourn, respectfully request this Court to Deny the Motion for Relief from the Automatic Stay and order such further relief that this Court deems appropriate.

Dated: August 31, 2026

CALAIARO VALENCIK, P.C.
BY

/s/ Daniel R. White____________

Daniel R. White
Pa. ID No. 78718
8 Nickman Plaza
Lemont Furnace, PA 15456
Office: 724-719-9388
Email: dwhite@c-vlaw.com
Attorney for Debtors